

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2022

No. 04-22-00776-CR

**EX PARTE** Juan Carlos **DAVILA GONZALEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10502CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

       The clerk's record, which was filed on November 21, 2022, does not contain the trial court's certification of the defendant's right of appeal, pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure. It is therefore ORDERED that the trial court prepare a certification of the defendant's right of appeal and cause the trial court clerk to file a supplemental clerk's record containing the certification on or before **December 7, 2022**. *See* TEX. R. APP. P. 34.5(c)(2).

_Irene Rios_

Irene Rios, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2022.



_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court